EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda al Artículo 19 Licencias del Reglamento de la Administración del Sistema de Personal de la Rama Judicial | 2003 TSPR 17<br><br>158 DPR _____ |

Número del Caso: ER-2003-4

Fecha: 7/febrero/2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**Enmienda al Artículo 19**
**Licencias del Reglamento**
**de la Administración del**          ER–2003–4
**Sistema de Personal de la**
**Rama Judicial**

**RESOLUCION**

San Juan, Puerto Rico a 7 de febrero de 2003

Mediante la presente se enmienda el **Artículo 19.1 inciso (C),** segundo párrafo y se añade un párrafo al **Artículo 19.10** del Reglamento de la Administración del Sistema de Personal de la Rama Judicial.

Se enmiendan los incisos (a) y (c) del **Artículo 19.6** relacionados con la **licencia por maternidad** y se enmienda el inciso (1) del **Artículo 19.17** de dicho Reglamento relacionado con la **licencia por paternidad.**

Estas enmiendas incorporan a nuestra reglamentación algunas disposiciones de la Ley Núm. 165 de 10 de agosto de 2002 la cual enmendó la Ley Núm. 5 de 14 de octubre de 1975, según enmendada, conocida como "Ley de Personal del Servicio Público de Puerto Rico" aplicable a los empleados de la Rama Ejecutiva.

**Artículo 19.1 – Licencia de Vacaciones**

A.   …

B.   …

**C.** **Uso de la Licencia y Pago del Exceso Autorizado**

El personal podrá disfrutar…

En aquellos casos excepcionales, en que por circunstancias especiale
necesidades extraordinarias del servicio un empleado no haya podi
disfrutar de licencia de vacaciones autorizadas, el balance acumulado poc
exceder de los noventa (90) días antes establecidos. Las circunstancias
necesidades del servicio se certificarán según se disponga en las norm
que se establezcan. El empleado deberá disfrutar el exceso de licencia
vacaciones acumuladas al final de cada año natural en exceso del lími
máximo autorizado de noventa (90) días durante los seis (6) mes
siguientes al año natural que refleja el exceso. Si transcurrido dic
plazo de seis (6) meses aún tuviere, por iguales circunstancias, licenc
en exceso se pagarán las mismas antes del 31 de marzo del año siguient
**Cuando el(la) empleado(a) tenga exceso de licencias de vacaciones regular**
**podrá autorizar a la Oficina de Recursos Humanos de la Oficina**
**Administración de los Tribunales a transferir al Departamento de Hacier**
**cualquier suma por dicho concepto a fin de que se acredite la misma co**
**pago parcial o total de cualquier deuda por contribución sobre ingresos c**
**tuviese al momento de autorizar la transferencia.**

D. …

E. …

F. …

G. …

Se enmiendan los incisos (a) y (c) del **Artículo 19.6 – Licencia p**
**Maternidad** para que dispongan:

Artículo 19.6 – Licencia por Maternidad

a) Se establece el derecho de todo el personal femenino a disfrut
licencia por maternidad. La licencia por maternidad comprenderá un p
de **ochenta y cuatro (84) días** naturales. La empleada podrá distrib
uso de dichos días en la forma que a su juicio estime más conven
antes o después de la fecha del alumbramiento. A estos efectos somet
solicitud de licencia correspondiente, acompañada de certificado médi
indique la fecha probable del alumbramiento.

En los casos de empleadas con nombramientos transitorios o
emergencia, la licencia por maternidad no excederá del período
nombramiento.

La empleada que adopte un menor, de cinco (5) años de edad o men
que no esté matriculado en una institución escolar tendrá derech
de conformidad con la legislación vigente, a los mismos benefici
de licencia de maternidad que goza la empleada que tiene
alumbramiento normal.

b) …

   c)   En caso de parto prematuro, la empleada tendrá derecho a disfrut
        de los **ochenta y cuatro (84) días de licencia de maternidad,**
        partir de la fecha del parto prematuro.

   d)   ...

   e)   …

   Se añade un párrafo al **Artículo 19.10 – Pago del Exceso Acumulado**
**Licencia por Enfermedad** para que disponga:

Artículo 19.10 –   Pago en Exceso Acumulado en Licencia por Enfermedad

   Todo(a) empleado(a) que acumule días de licencia por enfermedad sob
el máximo permitido por el Reglamento, durante los períodos que se indic
a continuación, tendrá derecho a que se le pague dicho exceso, de la for
siguiente:

   a)   …

   b)   …

        **Todo(a) empleado(a) podrá autorizar a la Oficina de Recurs
        Humanos de la Oficina de Administración de los Tribunales**
        **transferir la totalidad o parte del pago que le corresponda p
        concepto de exceso de vacaciones por enfermedad, al Departamento**
        **Hacienda a fin de que se le acredite como pago completo o parcial**
        **cualquier deuda por contribución sobre ingresos que tuviere**
        **momento de autorizar la transferencia.**

   Se enmienda el inciso (1) del **Artículo 19.17 – Licencia por Paterni**
para que disponga:

**Artículo 19.17 – Licencia por Paternidad**

   1)   El personal masculino tendrá derecho a disfrutar, a partir de
fecha del nacimiento de un hijo o hija, de cinco (5) días **laborables**
licencia de paternidad, **sin cargo a licencia alguna.**   Se requeri
presentar una certificación del médico que atendió el parto o
certificado de nacimiento del hijo o de la hija.

   2)   ...

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                        Patricia Otón Olivieri
                    Secretaria del Tribunal Supremo